**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF WISCONSIN**

---

**UNITED STATES OF AMERICA,**

**Plaintiff,**

**v.** **Case No. 21-CR-195**

**KENYATTA WILSON,**

**Defendant.**

---

# ORDER

---

On August 21, 2025, Kenyatta Wilson appeared before me for sentencing in the above-captioned case. (Docket # 44.) At that time, judgment was withheld for a period of one year and Wilson was placed on Pre-Judgment Probation pursuant to 21 U.S.C. § 844 and 18 U.S.C. § 3607. (Docket # 45.) A review hearing is currently set for August 21, 2026. (Docket # 44.)

On August 14, 2026, Wilson filed an unopposed motion to dismiss the proceedings and discharge her from Pre-Judgment Probation as of August 21, 2026. (Docket # 46.) The parties indicate that Wilson has been in compliance with the terms of probation and neither the government nor Pretrial Services object to Wilson's request. (*Id.*)

Given the parties' representations, these proceedings are dismissed and Wilson is discharged from Pre-Judgment Probation effective August 21, 2026. I congratulate Wilson on her successful completion of Pre-Judgment Probation and wish her the best in her future endeavors. The August 21, 2026 review hearing is removed from the calendar.

**SO ORDERED** this 14th day of August, 2026, at Milwaukee, Wisconsin.

NANCY JOSEPH
United States Magistrate Judge